UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Floridalma Chinchilla,<br><br>                                    Petitioner,<br><br>    v.<br><br>Markwayne Mullin, et al.,<br><br>                                    Respondents. | Case No. 3:26-cv-00548-ART-CSD<br><br>Order Granting Motion for TRO in Part, Directing Service of 28 U.S.C. § 2241 Petition, and Setting Briefing Schedule |

Petitioner Floridalma Chinchilla, an immigration detainee who is challenging her ongoing federal detention at Washoe County Detention Center (WCDC), has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241 and paid the filing fee. (ECF No. 1). Petitioner has also filed a Motion for a Temporary Restraining Order (TRO) (ECF No. 2) prohibiting the transfer of Petitioner outside of the District and releasing Petitioner from detention pending the outcome of her petition for habeas corpus relief. Following a preliminary review of the Petition, the Court finds that it states a *prima facie* case for relief, so the Court directs that it be served on the United States Attorney's Office for the District of Nevada (USAO) and sets a briefing schedule.

It is therefore ordered that the Clerk of the Court will:

1. **ADD** the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

2. **MAIL** a copy of the Petition (ECF No. 1) and this Order under Rule 4(i)(2) of the Federal Rules of Civil Procedure to Darin Balaam, Washoe County Detention Center, 911 E. Parr Blvd., Reno, NV 89512.

1

3. **SEND** courtesy copies of the Petition (ECF No. 1) and this Order to Cobi Burnett (Balaam's attorney) at cburnett@da.washoecounty.gov.

It is further ordered that the USAO must file a notice of appearance by July 30, 2026, and file and serve their answer to the Petition and motion for TRO on or before July 31, 2026, unless additional time is allowed for good cause shown. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading. Petitioner will have 5 days to file a reply.

It is further ordered that the USAO must produce the following documents to Petitioner's counsel (or certify that the documents are not in their custody or control) by July 30, 2026:

4. I-200 Warrant for Arrest of Alien

5. Form I-286 Initial Custody Determination

6. I-862 Notice to Appear

7. Form I-213 Record of Deportable or Inadmissible Alien

8. All immigration court orders in Petitioner's removal proceedings.

9. Documents certifying any appeal of any immigration court orders by the Department of Homeland Security or Petitioner.

10. Transcripts and/or audio recordings of any custody redetermination proceedings.

It is further ordered that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension, if possible.

DATED: July 23, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2